**FILED - GR**
July 31, 2012 9:53 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__gf__/____ SCANNED BY: /\S\ \\3\

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID A. PUGNO,

        Plaintiff,

v.

BANK OF AMERICA, N.A. ET AL,

        Defendants.
_____/

Case No. 1:11-cv-1159

Hon. Janet T. Neff

## ORDER REJECTING PLEADING

The Court has examined the following document received July 19, 2012, and orders the Clerk to reject the Letter and return the document to David A. Pugno for the reason noted below:

Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

IT IS SO ORDERED.

Dated: 7/30/2012
jea

Ellen S. Carmody
United States Magistrate Judge

<For Court Use Only>

☐ The Clerk shall accept the pleading(s) for filing _____initials_____ Dated:_____